**Fill in this information to identify your case and this filing:**

Debtor 1: Bojan Panic (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if know): 21-07028

☑ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                                                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   - ☐ No. Go to Part 2
   - ☑ Yes. Where is the property?

   1.1 1196 Colfax Avenue
   Street address, if available, or other description

   Des Plaines   IL   60016
   City   State   ZIP Code

   Cook County

   Country

   **What is the property?** Check all that apply
   - ☐ Single-family home
   - ☐ Duplex or multi-unit building
   - ☐ Condominium or cooperative
   - ☐ Manufactured or mobile home
   - ☐ Land
   - ☐ Investment property
   - ☐ Timeshare
   - ☑ Other  Townhouse

   **Who has an interest in the property?** Check one
   - ☑ Debtor 1 only
   - ☐ Debtor 2 only
   - ☐ Debtor 1 and Debtor 2 only
   - ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

   **Current value of the entire property?**  $ 328,572.00

   **Current value of the portion you own?**  $ 328,572.00

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   Fee simple

   ☐ Check if this is community property

   **Other information you wish to add about this item, such as local property identification number:**

   Legally described as: THE EAST 21.79 FEET OF THE WEST 116.70 FEET OF LOT 20 (as measured perpendicular to the West line) IN COLFAX CROSSING, BEING A SUBDIVISION OF PART OF SECTION 17, TOWNSHIP 41 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED DECEMBER 16, 2015 AS DOCUMENT NUMBER 15 3504 5049, IN COOK COUNTY, ILLINOIS. P.I.N. 09-17-105-006

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**...................................................➤   $ 328,572.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

3.1 Make: Jeep
Model: Grand Cherokee
Year: 2014
Approximate mileage: 120,000+
Other information:
Condition: Good; June 8, 2017 Debtor "sold" this vehicle to Zeljko Basalo without notifying the secured creditor, Huntington bank. Zeljko has possession of and has been making all payments to Huntington Bank..;

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**  $ 14,000.00
**Current value of the portion you own?**  $ 14,000.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☐ No
   ☑ Yes

4.1 Make: Sea-Do
Model: 35KA
Year: 2019
Other information:
Condition: Sr No. YD4044J819. The location of this property is unknown.;

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Current value of the entire property?**  $ 0.00
**Current value of the portion you own?**  $ 0.00

4.2 Make: Yamaha
Model: YXFR1KL
Year: 2019
Other information:
Condition: Motorcycle. this vehicle is in possession of BMS Automotive 5327 Forest Hills Court, Loves Park, IL. Creditor holding vehicle due to money due it.;

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Current value of the entire property?**  $ 0.00
**Current value of the portion you own?**  $ 0.00

4.3 Make: Sea-Do
Model: 21KC
Year: 2019
Other information:
Condition: Sr. No. YDU33230D919. The location of this property is unknown.;

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Current value of the entire property?**  $ 0.00
**Current value of the portion you own?**  $ 0.00

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................................➤   $14,000.00

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☑ No
   ☐ Yes. Describe...

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☑ No
   ☐ Yes. Describe...

Case 21-07028    Doc 10    Filed 06/03/21    Entered 06/03/21 15:47:01    Desc Main
Document    Page 3 of 12

AMENDED

Debtor 1  Bojan Panic
         First Name   Middle Name   Last Name

Case number *(if known)* 21-07028

8. **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe...

9. **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe...

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe...

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☑ No
    ☐ Yes. Describe...

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe...

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**........................................................................➔    $ 0.00

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes........................................................................................................    Cash ...................    $ _____

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☑ No
    ☐ Yes..................

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them...........

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

    Federal:   $ 0.00
    State:     $ 0.00
    Local:     $ 0.00

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information....

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information....

31. **Interests in insurance policies**
    - ☑ No
    - ☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**
    - ☑ No
    - ☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    - ☐ No
    - ☑ Yes. Give specific information....

    | Claim against ILG International Logistics, Claim against Jidd Motors, Claim against Illinois Farmers Insurance | $ 90,000.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ☑ No
    - ☐ Yes. Give specific information....

35. **Any financial assets you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...............➤   $ 90,000.00

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................➤   $ 0.00

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**............................➤   $ 328,572.00
56. **Part 2: Total vehicles, line 5**   $ 14,000.00
57. **Part 3: Total personal and household items, line 15**   $ 0.00
58. **Part 4: Total financial assets, line 36**   $ 90,000.00
59. **Part 5: Total business-related property, line 45**   $ 0.00
60. **Part 6: Total farm- and fishing-related property, line 52**   $ 0.00
61. **Part 7: Total other property not listed, line 54**   + $ 0.00
62. **Total personal property. Add lines 56 through 61** ................   $ 104,000.00   Copy personal property total ➤   + $ 104,000.00
63. **Total of all property on Schedule A/B. Add line 55 + line 62**   $ 432,572.00

**Fill in this information to identify your case:**

Debtor 1: Bojan Panic

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if know): 21-07028

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|

**2.1**

Describe the property that secures the claim: $ 25,000.00    $ 328,572.00    $ 0.00

Evergreen Bank
Creditor's Name
1515 W. 22nd Street
Number    Street
Suite 100 W

Oak Brook    IL    60523
City    State    ZIP Code

1196 Colfax Avenue, Des Plaines, IL 60016 - $328,572.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 4

### 2.2

**Hitachi Capital America Corporation**
Creditor's Name

800 Connecticut Avenue
Number  Street

4th Floor North

Norwalk  CT    06854-1631
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**  $ 135,643.94   $ 0.00   $ 135,643.94

- $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

### 2.3

**Huntington Bank**
Creditor's Name

17 S. High Street
Number  Street

Columbus  OH    43216
City    State    ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**  $ Unknown   $ 14,000.00   $ Unknown

2014 Jeep Grand Cherokee - $14,000.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

### 2.4

**Roadrunner Financial**
Creditor's Name

116 W. 32nd Street
Number  Street

9th Floor

New York  NY    10001
City    State    ZIP Code

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**  $ 15,537.00   $ 0.00   $ 15,537.00

2019 Sea-Do 21KC - $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

| 2.5 | | Describe the property that secures the claim: | $ 9,462.00 | $ 0.00 | $ 9,462.00 |
|---|---|---|---|---|---|

Roadrunner Financial
Creditor's Name

116 W. 32nd Street
Number   Street

9th Floor

New York  NY    10001
City     State   ZIP Code

2019 Sea-Do 35KA - $0.00

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

---

| 2.6 | | Describe the property that secures the claim: | $ 135,379.96 | $ 0.00 | $ 135,379.96 |
|---|---|---|---|---|---|

Transportation Alliance Bank
Creditor's Name

4185 Harrison Boulevard
Number   Street

Ogden  UT    84403
City     State   ZIP Code

2019 International LT625 Tractor. VIN: 3HSDZAPR6KN5KN369206 - $0.00 Debtor has reason to believe this vehicle is being held in lieu of paid repair bill at Prime Express, Inc., 4547 W. 137th Street, Crestwood, IL 60445

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred**  08/21/2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

---

| 2.7 | | Describe the property that secures the claim: | $ 14,781.00 | $ 0.00 | $ 14,781.00 |
|---|---|---|---|---|---|

Yamaha Motor Finance Company
Creditor's Name

6555 Katella Avenue
Number   Street

Cypress  CA    90630
City     State   ZIP Code

2019 Yamaha YXFR1KL - $0.00 Debtor has reason to believe this vehicle is held by BMS Automotive, in Loves Park, IL, for unpaid repair bill.

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

**Last 4 digits of account number**

Debtor Bojan Panic Case number (if known) 21-07028 AMENDED
First Name  Middle Name  Last Name

| 2.8 | | Describe the property that secures the claim: | $ 268,540.87 | $ 328,572.00 | $ 0.00 |

Creditor's Name

700 Kansas Lane
Number  Street

LA4-6633

Monroe  LA  71203
City  State  ZIP Code

1196 Colfax Avenue, Des Plaines, IL 60016 - $328,572.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here: $ 604,344.77

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Samuel J. Tallman
Creditor's Name
Clark Hill PC
Number  Street
130 E. Randolph St. Ste 3900

Chicago  IL  60601
City  State  ZIP Code

On which line in Part 1 did you enter the creditor? 2.2
Last 4 digits of account number 36288

Weltman weinberg & Reis Co. LPA
Creditor's Name
180 N. La Salle , Suite 2400
Number  Street

Chicago  IL  60601
City  State  ZIP Code

On which line in Part 1 did you enter the creditor? 2.6
Last 4 digits of account number _____

Official Form 106D  Schedule D: Creditors Who Have Claims Secured by Property  page 4 of 4

700 Kansas Lane
LA4-6633
Monroe, LA 71203

950 Forrer Blvd.
Dayton, OH 45420

PO Box 1269
Greenville, SC 29602

150 Corporate Blvd.
Norfolk, VA 23502

Bankruptcy Department
Orlando, FL 32896-5064

PO Box 1269
Greenville, SC 29602

Adam J. Feldman
411 Hempstead Turnpike
West Hempstead, NY 11552

Ally
P.O. Box 380901
Bloomington, MN 55438

Apple Card/Goldman Sachs USA
One Apple Park Way
Cupertino, CA 95014

Ariel Bouskila
80 Broad Street
Suite 3303
New York, NJ 10004

Asset Recovery Solutions, LLC
2200 E Devon Ave., Suite 200
Des Plaines, IL 60018-4501

Bank of America
P.O. Box 21848, Greensboro, N.C. 27420-1

Bank of America
P.O. Box 15184
Wilmington, DE 19850-5184

Bleecker Brodey & Andrews
9247 N. Meridian St.
Indianapolis, IN 46260

Blitt & Gaines, PC
775 Corporate Woods Parkway
Vernon Hills, IL 60061

BMO Harris Bank
111 W. Monroe
Chicago, IL 60603

BMS Automotive
5327 Forest Hills Court
Loves Park, IL 61111

BMW Financial Services
Regional Service Center
5515 Park Center Circle
Dublin , OH 43016-0306

Bojan Panic
1196 Colfax
Des Plaines, IL 60016

Capital One
Bankruptcy Dept., PO Box 5155
Norcross, GA 30091

Capital One Bank USA
PO Box 31293
Salt Lake City, UT 84131

Citibank MasterCard
P.O. Box 6000
The Lakes, NV 98163-6000

Comenity Bank
4590 E. Broad St.
Columbus, OH 43213

Credit Control LLC
5757 Phantom Drive
Suite 330
Hazelwood, MO 63042-2429

D&A Services
1400 E. Touhy Avenue
Suite G2
Des Plaines, IL 60018

Digital Federal Credit Union
13650 Heritage Parkway
Fort Worth, TX 76177

Dore & Rothschild
16 Monterey Drive
Vernon Hills, IL 60061

Evergreen Bank
1515 W. 22nd Street
Suite 100 W
Oak Brook, IL 60523

First national Bank of Omaha
Encore Services, P.O. Box 3330
Olathe, KS 66063

Fox Capital Group, Inc.
1979 Marcus Avenue
Suite 210
New Hyde Park, NY 11042

Hitachi Capital America Corporation
800 Connecticut Avenue
4th Floor North
Norwalk, CT 06854-1631

Huntington Bank
17 S. High Street
Columbus, OH 43216

James K. Haney
125 S. Wacker Dr.
Suite 300
Chicago, IL 60606

James M. Philbrick
53 W. Jackson Boulevard
Suite 1025
Chicago, IL 60604

Jared - Galleria
15220 NW Greenbrier Street
Beaverton, OR 97006

Jidd Motors
1313 Rand Road
Des Plaines, IL 60016

Joe Lieberman
124 Grove Avenue
POB 356
Cedarhurst, NY 11516

Kohn Law Firm SC
735 N. Water Street
Suite 1300
Milwaukee, WI 53202

Last Chance Funding Inc.
411 Hempstead Turnpike
West Hempstead, NY 11552

LVNV Funding LLC
PO Box 3352
Glen Ellyn, IL 60137

Master Group Inc.
1196 Colfax Avenue
Des Plaines, IL 60016

MCA Fund Advance Inc.
1275 51st Street
Brooklyn, New York, NY

MCA Fund Advance, Inc
1275 51st Street
Brooklyn, New York, NY

Mercantile Adjustment Bureau, LLC
PO Box 9016
165 Lawrence Bell Dr.  Suite 100
Williamsville, NY 14231-9016

Mercantile Adjustment Bureau, LLC
PO Box 9016
165 Lawrence Bell Dr., Suite 100
Williamsville, NY 14231-9016

Michael Dimand
125 E. Lake Street
Suite 206
Bloomingdale, IL 60108

Midland Credit Management
Los Angeles, CA  90084-8870

Midland Funding, Management
PO Box 60578
Los Angeles, CA 90060

Millennium Logistics Inc
1196 Colfax Avenue
Des Plaines, IL 60016

Millennium Logistics Inc.
1196 colfax Avenue
Des Plaines, IL 60016

Pentagon Federal Credit Union
2930 Eisenhower Avenue
Alexandria, VA 22314

PNC
2401 International
Madison, WI 53704

Portfolio Recovery
120 Corporate Blvd., Ste. 100
Norfolk, VA 23502

Portfolio Recovery Associates
120 Corporate Blvd., Ste. 100
Norfolk, VA 23502

Radius Global Solutions
PO Box 390846
Minneapolis, MN 55439

Ristic Trucking Incorporated
1196 Colfax Avenue
Des Plaines, IL 60016

Roadrunner Account Services
PO Box 167888
Irving, TX 75016

Roadrunner Financial
116 W. 32nd Street
9th Floor
New York, NY 10001

Rogers & Hollands Jewelers
P.O. Box 879
Matteson, IL 60443

RR Freight Inc., d/b/a RR Freight
1196 Colfax Avenue
Des Plaines, IL 60016

Samuel J. Tallman
Clark Hill PC
130 E. Randolph St. Ste 3900
Chicago, IL 60601

Samuel talman
130 E. Randolph Street
Suite 3900
Chicago, IL 60601

Strategic Resources Alternatives
PO Box 150
Claysburg, PA 16625

Suntrust bank
PO Box 980
Newport News, VA 23607

The Bureaus Inc
1717 Central Street
Evanston, IL 60204

The Feldman Law Firm
411 Hempstead Turnpike
West Hempstead, NY 11552

Transportation Alliance Bank
4185 Harrison Boulevard
Ogden, UT 84403

Transportation Alliance Bank, Inc
4185 Harrison Boulevard
Ogden, UT 84403

Truist Bank
214 N. Tryon Street
Charlotte, NC

United Cargo
1196 Colfax Avenue
Des Plaines, IL 60016

US Bank
PO Box 108
Saint Louis, MO 63166

Wells Fargo
P.O. Box 10368
Des Moines, IA 50306-0368

Weltman weinberg & Reis Co. LPA
180 N. La Salle , Suite 2400
Chicago, IL 60601

Yamaha Motor Finance Company
6555 Katella Avenue
Cypress, CA 90630